**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JOHN KHULA,

                Petitioner

        v.

STATE CORRECTIONAL INSTITUTE-
SOMERSET,

                Respondent

: No. 460 WAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.